```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

JOSHUA NICKS,                  )
                               )
           Petitioner,         )
                               )
     v.                        )     1:25-cv-325
                               )
STATE OF NORTH CAROLINA        )
GUILFORD COUNTY,               )
                               )
           Respondent.         )

## ORDER

On May 7, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Petitioner pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Petitioner's last known address at Greensboro Jail (Central), 5083 Greensboro, P.O. Box 18247, Greensboro, North Carolina, but returned as undeliverable and marked "Refused" "Return to Sender, Not Deliverable as Addressed, and Unable to Forward." In addition, a label was attached to the envelope marked "Legal Documents Must Be Sent Directly to the Inmate at Their Facility. They Cannot be Processed at this PO Box." (See Doc. 4.) This court has no obligation to locate Petitioner to provide actual notice; instead, it is the duty of a litigant to

keep this court informed of a current address. LR 11.1(b). Because Petitioner has not provided the court with an address within 63 days of the date of the last return of mail, the court finds the case should be dismissed without prejudice for failure to prosecute. <u>See</u> LR 11.1(b).

    **IT IS THEREFORE ORDERED** that the Petition, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

    A Judgment dismissing this action will be filed contemporaneously with this Order.

    This the 14th day of July, 2025.

                                    /s/ William L. Osteen, Jr.
                                        United States District Judge